Certificate Number: 20102-PAE-DE-037820815

Bankruptcy Case Number: 23-12736



20102-PAE-DE-037820815

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 4, 2023, at 8:46 o'clock AM EDT, Adrian Martin completed a course on personal financial management given by internet by 1stopbk.com Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  October 4, 2023                By:   /s/Marcy Walter

                                      Name: Marcy Walter

                                      Title: President-Manager