IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 7
ADRIAN M. MARTIN :
:
:
:
Debtor : Bankruptcy No. 23-12736 - PMM

### STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)

AND NOW, this 29th of November, 2023, it is hereby agreed and stipulated between the Trustee, Robert H. Holber, Esquire, Chapter 7 Trustee, and Counsel, Brenna Hope Mendelsohn, Esquire, as follows:

1. The current deadline for Trustee and any party in interest to file a Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion) is December 11, 2023.

2. The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until , February 9, 2024, to file a Complaint Objecting to Discharge and/or filing a Motion to Dismiss (or Convert) pursuant to 11 U.S.C. Section 707(b). Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

_____          _____
Robert H. Holber                    Brenna Hope Mendelsohn, Esquire
Chapter 7 Trustee                   Counsel for Debtor

### ORDER

AND NOW, this 30th day of November, 2023, IT IS HEREBY ORDERED that the above Stipulation be approved and made an Oder of this Court with full force and effect thereof.

_____
Patricia M. Mayer
United States Bankruptcy Judge